No. 04–1037.  WILSON *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 04–1039.  RANDALL INDUSTRIES, INC., ET AL. *v.* PEASE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–1040.  JONES *v.* ROCKDALE COUNTY, GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 04–1043.  REPUBLIC OF CONGO ET AL. *v.* AF-CAP, INC.  C. A. 5th Cir.  Certiorari denied.

No. 04–1046.  TOWNSHIP OF UPPER MORELAND, PENNSYLVANIA *v.* NORTHWOOD CONSTRUCTION CO.  Sup. Ct. Pa.  Certiorari denied.

No. 04–1063.  FERGUSON *v.* TOWNSHIP OF HAMBURG, MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 04–1069.  SINNOTT ET UX. *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 04–1075.  ESENWAH *v.* GONZALES, ATTORNEY GENERAL.  C. A. 8th Cir.  Certiorari denied.

No. 04–1087.  SANDERS *v.* VINE, EXECUTRIX OF THE ESTATE OF SANDERS.  Ct. App. Tenn.  Certiorari denied.

No. 04–1105.  ERGONOME INC. ET AL. *v.* COMPAQ COMPUTER CORP.  C. A. 5th Cir.  Certiorari denied.

No. 04–1117.  COHN *v.* BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 04–1142.  BLEDSOE ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–1158.  MORELLI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.